UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17−30303
 Chapter 13
Annie Laura Smith,

    Debtor.

## ORDER

This case is before the court on the following matter:

*33* − Rule 9007 Motion/Notice/Objection: Motion to Avoid Lien Alabama Power Company filed by Richard D. Shinbaum on behalf of Annie Laura Smith. Responses due by 07/3/2017. (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated July 4, 2017

Dwight H. Williams Jr.
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                              Case No. 17-30303-DHW
Annie Laura Smith                                                   Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 1127-2         User: admin                Page 1 of 2          Date Rcvd: Jul 04, 2017
                             Form ID: ADI9007           Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
```
db             +Annie Laura Smith,    405 Jeffery Drive,    Montgomery, AL 36108-5345
cr             +Credit Acceptance Corp,    2277 Highway 36 West, Ste 100,    Roseville, MN 55113-3896
3745988        +ALABAMA ORTHOPEDIC SPECIALISTS,    C/O HOLLOWAY  CREDIT SOLUTIONS,    P.O. BOX 230609,
                 MONTGOMERY, AL 36123-0609
3744637        +ALABAMA PATHOLOGY ASSOCIATES,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
                 MONTGOMERY, AL 36123-0609
3701916         CAPITAL ONE,    PO BOX 84130,    Salt Lake City, UT 84130-0281
3701918        +COMMENITYBANK/FLLBEAUTY,    PO BOX 182789,    Columbus, OH 43218-2789
3701919        +COMMENITY BANK/ASHSTWRT,    P.O. BOX 182789,    Columbus, OH 43218-2789
3702260        +CREDIT ACCEPTANCE,    25505 W 12 MILE RD SUITE 3000,    SOUTHFIELD MI 48034-8331
3701920        +CREDIT ACCEPTANCE,    P.O. BOX 513,    SOUTHFIELD, MI 48037-0513
3701911         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3701913         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3701921         FIRST PREMIERE,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4824
3730253        +Figi's Companies Inc.,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
3701922         GM Financial,    P O Box 181145,    Arlington, TX 76096-1145
3730252        +Ginny's,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
3701923        +MABT/CONF,    121 CONTINENTAL DR,    STE 108,    Newark, DE 19713-4326
3727814        +R W BARNETT RADIOLOGY,    C/O HOLLOWAY  CREDIT SOLUTIONS,    P.O. BOX 230609,
                 MONTGOMERY, AL 36123-0609
3745906        +RADIOLOGY GROUP,    C/O HOLLOWAY  CREDIT SOLUTIONS,    P.O. BOX 230609,
                 MONTGOMERY, AL 36123-0609
3701924        +Roman's,    P O Box 659728,    San Antonio, TX 78265-9728
3738372        +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
3701912         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3733349        +Wisconsin Cheeseman,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 04 2017 19:55:04      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
3701914        +E-mail/Text: G2APCBANK@southernco.com Jul 04 2017 19:57:45      ALABAMA POWER,    P.O. BOX 160,
                 MONTGOMERY, AL 36101-0160
3736804        +E-mail/Text: G2APCBANK@southernco.com Jul 04 2017 19:57:45      ALABAMA POWER COMPANY,
                 600 NORTH 18TH STREET, BOX 17N-0043,    BIRMINGHAM, AL 35203-2200
3701915         E-mail/Text: g17768@att.com Jul 04 2017 19:57:36      AT&T,    P.O. Box 105503,
                 Atlanta, GA 30348-5503
3730730         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 04 2017 19:55:23
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
3701917        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jul 04 2017 19:57:32      Cash Net USA,
                 Post Office Box 643990,    Cincinnati, OH 45264-0309
3725442        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jul 04 2017 19:57:32      CashNetUSA,
                 175 W Jackson Blvd,    Suite 1000,    Chicago, IL 60604-2863
3764578         E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 04 2017 19:58:00      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
3785671         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 04 2017 20:11:17
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
3760466         E-mail/Text: bnc-quantum@quantum3group.com Jul 04 2017 19:57:50
                 Quantum3 Group LLC as agent for,    Oliphant Financial Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
3730425         E-mail/Text: bnc-quantum@quantum3group.com Jul 04 2017 19:57:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
3701925         Fax: 912-629-1539 Jul 04 2017 19:57:42      TITLE MAX,    3328 ATLANTA HWY,
                 Montgomery, AL 36109
3704661         Fax: 912-629-1539 Jul 04 2017 19:57:42      TitleMax of Alabama, Inc. d/b/a TitleMax,
                 15 Bull Street, Suite 200,    Savannah, GA 31401
3705311        +E-mail/Text: legal_bankruptcy@badcock.com Jul 04 2017 19:57:30      W.S.Badcock Corporation,
                 Post Office Box 724,    Mulberry,FL 33860-0724
3701926        +E-mail/Text: bnc-bluestem@quantum3group.com Jul 04 2017 19:58:08      WEBBANK/FINGERHUT,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Case 17-30303    Doc 39    Filed 07/07/17    Entered 07/08/17 00:27:23    Desc Imaged
                         Certificate of Notice    Page 2 of 3

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 4, 2017 at the address(es) listed below:

```
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Paul J. Spina, III    on behalf of Creditor    Credit Acceptance Corp pspina@spinalavelle.com
          Richard D. Shinbaum    on behalf of Debtor Annie Laura  Smith rshinbaum@smclegal.com,
           scarter@smclegal.com;cthornton@smclegal.com
          Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                            TOTAL: 4
```